UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MOSSAMAT K. REKHA,

              Plaintiff,

      - against -

UNITED STATES OF AMERICA,

              Defendant.
------------------------------------------------------------------X

ORDER ADOPTING
REPORT AND RECOMMENDATION
15-CV-7271 (RRM) (LB)

ROSLYNN R. MAUSKOPF, United States District Judge.

      Plaintiff Mossamat K. Rekha, proceeding *pro se*, commenced this action pursuant to 7 U.S.C. § 2023(a)(13) on December 17, 2015, seeking judicial review of a Final Agency Decision by the United States Department of Agriculture's Food and Nutrition Service. (*See* Compl. (Doc. No. 1).) On November 16, 2016, the government filed an unopposed motion for summary judgment. (*See* Mot. (Doc. No. 27).) This Court subsequently referred the motion to Magistrate Judge Lois Bloom for decision. (*See* 4/17/17 Order.) On August 3, 2017, Judge Bloom issued a Report and Recommendation ("R&R"), a copy of which was sent via first class mail to Rekha, recommending that the government's motion be granted and the case dismissed. (*See* R&R (Doc. No. 29).) Judge Bloom reminded the parties that, pursuant to Rule 72(b), any objections to the R&R must be filed within 14 days from service of the R&R. (*Id.*) No party has filed any objection.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

## CONCLUSION

      Accordingly, it is hereby ordered that the government's motion for summary judgment (Doc. No. 27) is granted, and the case is dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to enter judgment, close the case, mail a copy of this Memorandum and Order and accompanying judgment to Rekha, and note the mailing on the docket.

SO ORDERED.

Dated: Brooklyn, New York
September 5, 2017

s/Roslynn R. Mauskopf
_____
ROSLYNN R. MAUSKOPF
United States District Judge